Rachel E. Kaufman, CA Bar No. 259353
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Counsel for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREN JOHNSON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**FASHION NOVA, INC.,** a California corporation,<br><br>*Defendant.* | Case Number: 3:19-cv-03505-JD<br><br>**NOTICE OF SETTLEMENT** |

    Plaintiff Karen Johnson hereby gives notice that the parties have reached a settlement in principle of Plaintiff's individual claims, and respectfully requests that all current deadlines be suspended for 30 days to allow the parties to memorialize their settlement in a written agreement.

Dated:  September 23, 2019.      */s/ Rachel E. Kaufman*
                                                Rachel E. Kaufman, CA Bar No. 259353
                                                KAUFMAN P.A.
                                                400 NW 26th Street
                                                Miami, FL 33127
                                                Telephone: (305) 469-5881
                                                Email: rachel@kaufmanpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                     */s/ Rachel E. Kaufman*
                                                     Rachel E. Kaufman