Rachel E. Kaufman, CA Bar No. 259353
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: rachel@kaufmanpa.com

*Counsel for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREN JOHNSON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**FASHION NOVA, INC.,** a California corporation,<br><br>*Defendant.* | Case Number: 3:19-cv-03505-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Karen Johnson hereby gives notice of the dismissal with prejudice of Plaintiff's individual claims and without prejudice to the putative classes' claims, with each party to bear its own attorneys' fees and costs.

Dated:  October 7, 2019.         */s/ Rachel E. Kaufman*
                                                    Rachel E. Kaufman, CA Bar No. 259353
                                                    KAUFMAN P.A.
                                                    400 NW 26th Street
                                                    Miami, FL 33127
                                                    Telephone: (305) 469-5881
                                                    Email: rachel@kaufmanpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Rachel E. Kaufman
Rachel E. Kaufman